UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AVROHOM DAVIDSON,

                Plaintiff,

-v-

JP MORGAN CHASE BANK NA,

                Defendant.

21-CV-11063 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    This case was removed from Civil Court, County of New York, on December 26, 2021. Counsel for the plaintiff is directed to file an appearance with this Court no later than February 2, 2022.

    Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by January 27, 2022.

    SO ORDERED.

Dated: January 21, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge

1