UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVROHOM DAVIDSON,
                Plaintiff,

-v-

JP MORGAN CHASE BANK NA,
                Defendant.

21-CV-11063 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This Court directed counsel for the plaintiff to file an appearance with this Court no later than February 2, 2022. (*See* Dkt. No. 7.) Counsel for the plaintiff has not done so, and the plaintiff has not otherwise contacted the Court. Counsel for the plaintiff is directed to appear on or before June 17, 2022. The plaintiff is further directed to file an opposition to the defendant's motion to dismiss on or before June 17, 2022. Failure to do so will result in dismissal for failure to prosecute. The Court may also treat the motion to dismiss as unopposed.

    Counsel for the defendant is directed to serve a copy of this order on the plaintiff on or before June 3, 2022.

    SO ORDERED.

Dated: May 25, 2022
       New York, New York

_____
J. PAUL OETKEN
United States District Judge